# In the United States Court of Federal Claims

No. 23-1033

Filed: August 22, 2023

|  |  |
|---|---|
| KING SEMAJ OF THE ENGLISH ESTATE, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

      When Plaintiff King Semaj of the English Estate, appearing pro se, filed his complaint, he did not pay the requisite fees — a $350.00 filing fee plus a $52.00 administrative fee — or request authorization to proceed in forma pauperis (IFP). *See* ECF No. 4. This Court, therefore, ordered Plaintiff to either pay the $402.00 in required fees or submit an IFP application by August 7, 2023. ECF No. 6. On July 17, 2023, Plaintiff filed a Motion for Leave to Proceed in forma pauperis ("IFP Motion"). ECF No. 7. This Court denied the IFP Motion because it omitted certain information required by statute. *See* ECF No. 8. The Court again ordered Plaintiff to either submit a complete IFP application or pay the requisite filing fees by August 7, 2023. *Id*. Plaintiff was notified that if he did not comply with this Court's order, his complaint would be dismissed. *Id*.

      Plaintiff failed to pay the filing fees or submit a complete IFP application by the deadline. Rule 41 states that "[i]f the plaintiff fails to prosecute or to comply with . . . a court order, the court may dismiss on its own motion . . . the action." RCFC 41(b). Although the Court informed Plaintiff his complaint would be dismissed for failure to prosecute if he did not pay the requisite filing fees or submit a complete IFP application by the deadline, he did not comply with this Court's Order. *See Claude E. Atkins Enters., Inc. v. United States*, 899 F.2d 1180, 1184 (Fed. Cir. 1990) (affirming dismissal under Rule 41(b) after plaintiff was "specifically warned" its complaint may be dismissed for failure to prosecute). Accordingly, as Plaintiff did not comply with this Court's July 7, 2023, or July 21, 2023 orders, ECF Nos. 6, 8, Plaintiff's action is DISMISSED pursuant to Rule 41(b) for failure to prosecute. The Clerk's Office is directed to enter judgment accordingly.

IT IS SO ORDERED.

2

s/ Edward H. Meyers<br>
Edward H. Meyers<br>
Judge